JOSEPH MERCADANTE et al., Appellants, *v.* EMPIRE TRUST COMPANY, Respondent.

Argued October 18, 1938; decided November 22, 1938.

644

645

*Edmund F. Lamb* and *John E. Purdy* for appellants.
*Max D. Steuer* and *Henry Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.